UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| CHRISTINA L. PICKETT,<br><br>    Plaintiffs,<br><br>v.<br><br>NANCY A. BERRYHILL, Deputy Commissioner of Social Security for Operations,<br><br>    Defendant. | Case No. C18-5220-RAJ-JPD<br><br>ORDER GRANTING UNOPPOSED MOTION FOR EXTENSION OF TIME |

    Based upon the motion of defendant, Dkt. 8 as well as the declaration of Jeffrey R. McClain, Dkt. 9, it is hereby ORDERED that the motion is GRANTED. Accordingly, defendant's answer to plaintiff's complaint shall be due on or before July 13, 2018.

    DATED this 31st day of May, 2018.

*James P. Donohue*
_____
JAMES P. DONOHUE
United States Magistrate Judge

ORDER
PAGE - 1