1

2

3

4

5

6

7

8          UNITED STATES DISTRICT COURT
           WESTERN DISTRICT OF WASHINGTON
9                    AT SEATTLE

10

11   CHRISTINA L. PICKETT,                           NO.  C18-5220-RAJ

12              Plaintiff,

13        v.                                          ORDER REVERSING AND
                                                      REMANDING CASE FOR FURTHER
14   COMMISSIONER OF SOCIAL                           ADMINISTRATIVE PROCEEDINGS
     SECURITY,
15

16              Defendant.

17

18
          The Court, after careful consideration of the plaintiff's complaint, the parties' briefs, all
19
     papers and exhibits filed in support and opposition thereto, the Report and Recommendation of
20
     the Honorable James P. Donohue, United States Magistrate Judge, and the balance of the
21
     record, does hereby find and ORDER:
22
          (1)     The Court adopts the Report and Recommendation.
23
          (2)     The final decision of the Commissioner is REVERSED and this case is
24
     REMANDED to the Social Security Administration for further proceedings consistent with the
25
     Report and Recommendation.
26


     ORDER REMANDING CASE
     PAGE - 1

1         (3)     The Clerk of the Court is directed to send copies of this Order to the parties and

2 to Judge Donohue.

3         DATED this 12th day of March, 2019.

4

5

6                               The Honorable Richard A. Jones

7                               United States District Judge

ORDER REMANDING CASE
PAGE - 2