U.S. District Court Judge Richard A. Jones

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CHRISTINA L. PICKETT, | Case No. C18-5220-RAJ-JPD |
| Plaintiff, | ~~Proposed~~ AGREED ORDER RE EAJA FEES |
| vs. | |
| COMMISSIONER OF SOCIAL SECURITY, | |
| Defendant. | |

Based upon the Stipulation of the parties, the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412, and Plaintiff's EAJA petition, it is hereby ORDERED that EAJA attorney's fees of $6,068.16 are awarded to Plaintiff pursuant to *Astrue v. Ratliff*, 130 U.S. 2521 (2010). If it is determined that Plaintiff's EAJA fees are not subject to any offset allowed under the Department of the Treasury's Offset Program, then the check for EAJA fees shall be made payable to JEANETTE LAFFOON, based upon Plaintiff's assignment

~~Proposed~~ AGREED ORDER RE EAJA FEES - Page 1

MADDOX & LAFFOON, P.S.
410-A South Capitol Way
Olympia, WA. 98501
(360) 786-8276

1  of these amounts to Plaintiff's attorney. Any check for EAJA fees shall be mailed to
2  Plaintiff's counsel, <u>JEANETTE LAFFOON, at 410-A South Capitol Way, Olympia, WA
3  98501</u>.

   Dated this the 27th day of June, 2019.

   _____
   The Honorable Richard A. Jones
   United States District Judge

Proposed AGREED ORDER RE EAJA FEES  -  
Page 2

MADDOX & LAFFOON, P.S.
410-A South Capitol Way
Olympia, WA. 98501
(360) 786-8276